| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust | Case No.: 22-12982-CMG<br><br>Chapter: 13<br><br>Hearing Date:<br>November 2, 2022 at 10:00 am<br><br>Hon. Judge: Christine M. Gravelle |
| In Re:<br><br>Michael V Peluso, Jr.,<br><br>Debtor | |

Order Filed on November 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The Consent Order set forth on the following pages two (2) through three (3) is hereby **ORDERED**

**DATED: November 8, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:      Michael V Peluso, Jr.,
Case No.     22-12982-CMG
Caption:     Order Resolving Objection to Confirmation

THIS MATTER having been brought before the Court by David G. Beslow, attorney for the Debtor, J Michael V Peluso, Jr ("Debtor"), upon the filing of a Amended Chapter 13 Plan, and SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Secured Creditor"), by and through its attorneys, Friedman Vartolo LLP, having filed an Objection to the Confirmation of said Amended Chapter 13 Plan, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Secured Creditor has agreed to allow time for Debtor to sell or refinance. Debtors shall complete a sale or refinance by January 31, 2023 or file a modified plan intending to cure the pre-petition arrears or surrender the property or dismiss or convert the bankruptcy case.
2. Debtor agrees to make timely regular post-petition monthly mortgage payments.
3. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage.

In the event of default or failure to sell or refinance:

If the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due, or if denied a sale or refinance and fails to file a modified plan then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.